1036

No. 80–1394. WILSON ET UX. *v.* CALIFORNIA HEALTH FACILITIES COMMISSION. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question. ■

No. 80–6206. LEE *v.* BOARD OF OVERSEERS OF THE BAR. Appeal from Sup. Jud. Ct. Me. dismissed for want of substantial federal question.

No. 80–1422. REYNOLDS *v.* REYNOLDS. Appeal from Ct. App. Tenn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–602. UNITED STATES *v.* HICKS ET AL. C. A. 9th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Michael M.* v. *Sonoma County Superior Court, ante,* p. 464.

No. 80–778. NEW MEXICO ET AL. *v.* MESCALERO APACHE TRIBE. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Montana* v. *United States, ante,* p. 544.

No. 80–1264. GENERAL TELEPHONE COMPANY OF THE SOUTHWEST *v.* FALCON. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Texas Dept. of Community Affairs* v. *Burdine, ante,* p. 248.